10-1222

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

IN THE MATTER OF:                           Chapter 13

  Michelle Denise McCann                 Case No. 10 B 43258
                                                                                   Honorable Jacqueline P. Cox

      Debtor.

**BAC HOME LOANS SERVICING LP'S**
**RESPONSE TO TRUSTEE'S NOTICE OF PAYMENT OF FINAL MORTGAGE CURE**

Now Comes BAC HOME LOANS SERVICING LP FKA COUNTRYWIDE HOME LOANS SERVICING LP ("BAC"), by and through its attorneys, Noonan & Lieberman, and in Response to the Trustee's Notice of Payment of Final Mortgage Cure, dated June 1, 2011, states as follows:

1. The following POST-PETITION mortgage payments are still due and owing BAC:

    12/1/2010      $1,298.30

    6/1/2011       $1,298.30

    TOTAL:         $2,596.60

2. The loan shall not be treated as reinstated and fully current until all post-petition mortgage payments have been made.

                                                  BAC HOME LOANS SERVICING LP FKA
                                                  COUNTRYWIDE HOME LOANS
                                                  SERVICNG LP

                                                  /s/ Stephen C. Needham

Stephen C. Needham #6290317
Noonan & Lieberman Ltd.
105 W. Adams Street, Suite 1100
Chicago, Illinois 60603
(312) 431-1455

## **CERTIFICATION**

I, Stephen C. Needham, certify that I served a copy of this RESPONSE TO TRUSTEE'S NOTICE OF FINAL MORTGAGE CURE to the addresses listed below by electronic notice through ECF or by, by placing same in an envelope addressed as shown above, and depositing same First Class Mail, postage prepaid in the U.S. mailbox located at 105 W, Adams Street, Chicago, Illinois 60603, this 21st day of June, 2011.

Michelle Denise McCann, Debtor, 8748 S. Elizabeth St., Chicago, IL 60620, by regular U.S. mail;

Lovejoie E. McInnis, Debtor's Attorney, Geraci Law L.L.C., 55 E. Monroe St. Suite #3400, Chicago, IL 60603, by electronic mail through ECF;

Tom Vaughn, Trustee, 200 S. Michigan, Ste. 1300, Chicago, IL 60604, by electronic mail through ECF;

Patrick S. Layng, Office of the US Trustee, Region 11, 219 S. Dearborn, Room 873, Chicago, IL 60604 by electronic mail through ECF

/s/ Stephen C. Needham